DAVID M. DUDLEY, ESQ. No.118629
1800 Century Park East
Sixth Floor
Los Angeles, California 90067
Tel.: (310) 772-8400
Fax: (310) 772-8404

Attorney for Defendant Butler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 04-0019 MCE |
|---|---|---|
| | ) | |
| | ) | STIPULATION AND ORDER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| RODNEY BUTLER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by and between the Plaintiff United States of America and the Defendant Rodney Butler, by and through their respective attorneys, that the suppression hearing in the above-entitled matter presently scheduled for May 24, 2005 be postponed to May 31, 2005 at 8:30 a.m.

///

///

///

This postponement is necessary because defense counsel has a prepaid family vacation scheduled for the week of May 23, 2005.

Dated: April 22, 2005                        s/ Mary L. Grad
                                                          Mary L. Grad
                                                          Attorney for Plaintiff
                                                          United States of America

Dated: April 22, 2005                        s/ David M. Dudley
                                                          David M. Dudley
                                                          Attorney for Defendant Butler

SO ORDERED,

Dated: May 10, 2005

                                                          MORRISON C. ENGLAND, JR
                                                          UNITED STATES DISTRICT JUDGE