McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-04-019 MCE |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | CONTINUING HEARING ON MOTION |
| ) | TO SUPPRESS EVIDENCE |
| v. ) | |
| ) | |
| RODNEY BUTLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

 Defendant Rodney Butler has filed a motion to suppress evidence scheduled for hearing before the court on May 31, 2005 at 8:30 a.m. The parties agree and stipulate that this hearing be continued until July 26, 2005.  Defense counsel must travel from the Los Angeles area, and the parties request that the hearing be placed on the court's calendar for 11:00 a.m. on July 26, 2005.

 Defendant has requested that the government voluntarily produce the confidential informant in the case at the time of the hearing. The government wishes to provide to obtain certified copies of documents related to the vehicle searched in the case, provide those documents to defense counsel and file them with the court prior to the hearing.

1

The government believes that these additional documents bear on the issue of standing, and may moot the necessity of producing the government informant at any suppression hearing.  Additional time to needed to arrange for the attendance of other witnesses as well.

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: May 31, 2005            By  /s/ Mary L. Grad
                                        MARY L. GRAD
                                        Assistant U.S. Attorney

                                        /S/ David M. Dudley
                                        DAVID M. DUDLEY
                                        Counsel for Rodney Butler

     IT IS SO ORDERED.

DATED: June 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE