McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 ) | CR. S-04-0019 MCE |
|               Plaintiff,        )<br>                                 )<br>                                 ) | STIPULATION AND ORDER<br>CONTINUING HEARING ON MOTION<br>TO SUPPRESS EVIDENCE |
|      v.                         )<br>                                 ) | |
| RODNEY BUTLER,                  )<br>                                 ) | |
|               Defendant.        )<br>_____) | |

   Defendant Rodney Butler has filed a motion to suppress evidence scheduled for hearing before the court on July 26, 2005 at 11:00 a.m.  The parties agree and stipulate that this hearing be continued until August 9, 2005 at 11:00 a.m.

   The government has filed a supplemental opposition in response to the motion to suppress evidence and provided defense counsel with documents that demonstrate that Rodney Butler was not the owner of the subject Camaro on May 27, 2003, the date the vehicle was searched.  In light of this new information, defendant wishes to file an additional declaration.  The parties believe that once defendant has filed an additional declaration the factual record
///

1

1 | will be complete and there will not be a need to call witnesses on
2 | August 9, 2005.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: July 21, 2005            By  /s/ Mary L. Grad
                                    MARY L. GRAD
                                    Assistant U.S. Attorney


                                    /S/ David M. Dudley
                                    DAVID M. DUDLEY
                                    Counsel for Rodney Butler

     IT IS SO ORDERED.


DATED: July 27, 2005



                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE
```

2