DAVID M. DUDLEY, ESQ. No.118629
1800 Century Park East
Sixth Floor
Los Angeles, California 90067
Tel.: (310) 772-8400
Fax: (310) 772-8404

Attorney for Defendant Butler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 04-0019 MCE |
| | ) | |
| | ) | STIPULATION AND ORDER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| RODNEY BUTLER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the Plaintiff United States of America and the Defendant Rodney Butler, by and through their respective attorneys, that the evidentiary hearing in the above-entitled matter presently scheduled for August 9, 2005, at 11:00 a.m., be postponed to September 27, 2005, at 11:00 a.m..

   The parties have recently agreed to a set of stipulated facts pertinent to the defendant's standing.  Therefore the evidentiary hearing is not necessary but the defendant would like an opportunity

///

1

to file a brief with this Court setting forth his legal interpretation of the facts as they pertain to his legal standing.

Dated: August 3, 2005          ___ _s/ Mary L. Grad_____
                                   Mary L. Grad
                               Attorney for Plaintiff
                               United States of America


Dated: August 3, 2005          ____s/ David M. Dudley_____
                                   David M. Dudley
                               Attorney for Defendant Butler

SO ORDERED,

Dated: August 11, 2005

                               _____
                               MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE

2