DAVID M. DUDLEY, ESQ. No.118629
1800 Century Park East
Sixth Floor
Los Angeles, California 90067
Tel.: (310) 772-8400
Fax: (310) 772-8404

Attorney for Defendant Butler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 04-0019 MCE |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER |
| vs. | ) ) ) | |
| RODNEY BUTLER, | ) ) ) | |
| Defendant. | ) ) | |

    IT IS HEREBY STIPULATED by and between the Plaintiff United States of America and the Defendant Rodney Butler, by and through their respective attorneys, that the evidentiary hearing in the above-entitled matter presently scheduled for September 27, 2005 at 11:00 a.m., be postponed to November 15, 2005 at 11:00 a.m.

    Defense counsel has unexpectedly been out of the State on business for three weeks, consequently, he has not had the opportunity to brief the standing issue. Moreover, defense

1

counsel must prepare for a first-degree murder preliminary hearing in the case of *People v. Julian Harrell*, case number YA058299 which is expected to begin on September 28, 2005.

Dated: September 20, 2005                /s/ Mary L. Grad
                                         Mary L. Grad
                                         Attorney for Plaintiff
                                         United States of America


Dated: September 20, 2005                /s/ David M. Dudley
                                         David M. Dudley
                                         Attorney for Defendant Butler

SO ORDERED,

Dated: September 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2