DAVID M. DUDLEY, ESQ. No.118629
1800 Century Park East
Sixth Floor
Los Angeles, California 90067
Tel.: (310) 772-8400
Fax: (310) 772-8404

Attorney for Defendant Butler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 04-0019 |
| | ) | |
| | ) | STIPULATION AND ORDER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| RODNEY BUTLER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the Plaintiff United States of America and the Defendant Rodney Butler, by and through their respective attorneys, that the evidentiary hearing in the above-entitled matter presently scheduled for November 15, 2005 at 11:00 a.m. be postponed to December 13, 2005 at 11:00 a.m.

Defense counsel is set for trial in the Northern District of Ohio in the matter of *United States v. Juan Mendoza*, case number 1:05CR126 on November 14, 2005. Although counsel believes that the case will likely be resolved prior to trial, he must still travel to Cleveland to effect a plea agreement or continue trial preparation if necessary. Consequently, he will not

have the opportunity to travel back to California to prepare for and attend the suppression hearing in the above- mentioned case prior to November 15, 2005.

Dated: November 8, 2005        ___s/_ Mary L. Grad_____
                               Mary L. Grad
                               Attorney for Plaintiff
                               United States of America


Dated: November 8, 2005        __s/ David M. Dudley_____
                               David M. Dudley
                               Attorney for Defendant Butler


SO ORDERED,

Dated:  November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE