```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,         )<br>                              )<br>                              )<br>     v.                       )<br>                              )<br>RODNEY BUTLER,                )<br>                              )<br>          Defendant.          )<br>_____) | 2:04-cr-0019 MCE<br><br>STIPULATION AND ORDER SETTING<br>TRIAL DATE AND EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT |

On December 13, 2005, the parties appeared before the court on defendant's motion to suppress evidence.  At that time, the court denied defendant's motion to suppress evidence, but the parties neglected to schedule a trial date.  The parties now stipulate and agree that the trial of the captioned matter should commence on May 17, 2006 at 9:00 a.m with trial confirmation hearing set for April 18, 2006 at 11:00 a.m.

Trial schedules in other matters being handled by counsel for defendant does not permit a trial setting earlier than May 17, 2006.

///

///

///

1

Therefore, the parties stipulate and request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), for continuity of counsel and time for counsel to prepare (Local Code T4) from December 13, 2005 through May 17, 2006.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: December 27, 2005        By  /s/ Mary L. Grad
                                        MARY L. GRAD
                                        Assistant U.S. Attorney


                                        /S/ David M. Dudley
                                        DAVID M. DUDLEY
                                        Counsel for Rodney Butler
```

IT IS SO ORDERED.

DATED: December 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE