1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:04-cr-0019 MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RESETTING |
| | ) | TRIAL DATE AND EXCLUDING TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| | ) | |
| RODNEY BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

   In late December 2005, the parties stipulated and agreed that the trial of the captioned matter should commence on May 17, 2006 at 9:00 a.m with trial confirmation hearing set for April 18, 2006 at 11:00 a.m.

   Defense counsel has now received voluminous transcripts from the government regarding tape recorded conversations between the confidential informant and the defendant that it intends to introduce at trial.  Defense counsel needs additional time to have his client listen to the tape recordings and review the transcript provided by the United States.  The parties believe that after this review is completed there will be a much greater chance of having the case resolve short of trial.

1

1  The parties request and stipulate that the current trial date
2 be vacated and that the matter be set for jury trial commencing on
3 September 27, 2006 at 9:00 a.m. with trial confirmation hearing on
4 August 15, 2006 at 11:00 a.m.
5  The parties further stipulate and request that time be excluded
6 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), for
7 continuity of counsel and time for counsel to prepare (Local Code
8 T4) from May 17, 2006 to September 27, 2006.

McGREGOR W. SCOTT
United States Attorney

DATED: March 27, 2006        By  /s/ Mary L. Grad
                                 MARY L. GRAD
                                 Assistant U.S. Attorney

                                 /S/ David M. Dudley
                                 DAVID M. DUDLEY
                                 Counsel for Rodney Butler

IT IS SO ORDERED.

DATED: April 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE