1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2763

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:04-cr-0019-MCE
                                )
12            Plaintiff,        )    STIPULATION AND ORDER RESETTING
                                )    CHANGE OF PLEA DATE AND EXCLUDING
13                              )    TIME UNDER THE SPEEDY TRIAL ACT
                                )
14      v.                      )
                                )
15 RODNEY BUTLER,               )
                                )
16            Defendant.        )
   _____)

17

18     On August 8, 2006, the parties stipulated and agreed that the

19 trial of the captioned matter should be vacated and the matter

20 should be set for status conference/change of plea on October 3,

21 2006.  The parties have executed a written plea agreement.  Due to a

22 conflict in another scheduled matter, defense counsel is unavailable

23 on October 3, 2006 for change of plea.

24     The parties request and stipulate that the date for change of

25 plea be reset to October 24, 2006.  Counsel for the defendant

26 requests that the matter be set for 11:00 a.m. to accommodate his

27 travel schedule from the Los Angeles area.

28 ///

                                  1

The parties further stipulate and request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), for continuity of counsel (Local Code T4) from October 3, 2006 to October 24, 2006.

McGREGOR W. SCOTT
United States Attorney

DATED: September 25, 2006          By  /s/ Mary L. Grad
                                       MARY L. GRAD
                                       Assistant U.S. Attorney

                                       /S/ David M. Dudley
                                       DAVID M. DUDLEY
                                       Counsel for Rodney Butler

IT IS SO ORDERED.

DATED: September 27, 2006

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE