1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            No.  2:04-cr-00019-MCE-JFM

12                  Respondent,

13          v.                            **MEMORANDUM AND ORDER**

14   RODNEY BUTLER,

15                  Movant.

16

17          Rodney Butler ("Movant"), a federal prisoner proceeding pro se, has timely filed a

18   notice of appeal of this court's July 25, 2013 denial of his motion to vacate, set aside or

19   correct his sentence pursuant to 28 U.S.C. § 2255.  (ECF No. 141.)  Before movant can

20   appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

21   Fed. R. App. P. 22(b).

22          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

23   applicant has made a substantial showing of the denial of a constitutional right."

24   28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability

25   indicating which issues satisfy the required showing or must state the reasons why such

26   a certificate should not issue.  Fed. R. App. P. 22(b).

27   ///

28   ///

                                          1

1        For the reasons set forth in the Court's July 25, 2013 Order, Movant has not made

2    a substantial showing of the denial of a constitutional right.  (ECF No. 138.)  Accordingly,

3    a certificate of appealability should not issue in this action.

4        IT IS SO ORDERED.

5    Dated:  August 30, 2013

6

7

8    _____

     MORRISON C. ENGLAND, JR, CHIEF JUDGE

9    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28