1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:04-cr-00019-MCE

12                  Plaintiff,

13          v.                                **ORDER**

14    RODNEY BUTLER,

15                  Defendant.

16

17          The Court reviewed the documents filed by Defendant on April 17, 2015 (ECF No.

18    172).  The Court is unable to determine what action is requested to be taken.

19    Accordingly, no action will be taken at this time.

20          IT IS SO ORDERED.

21    Dated:  June 29, 2015

22

23

24                          _____
                            MORRISON C. ENGLAND, JR, CHIEF JUDGE
25                          UNITED STATES DISTRICT COURT

26

27

28
                                         1