UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:04-CR-00019-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RODNEY BUTLER, | |
| Defendant. | |

The Court has reviewed the parties' submissions with respect to Defendant Rodney Butler's ("Defendant") Motion to Reduce Sentence.  ECF No. 166.  Before it can issue a decision on the matter, however, the Court requires further briefing from the Government on the following question:

> What affect, if any, does U.S.S.G § 1B1.10(b)(2)(B) have on the Government's argument that "[b]ecause the low-end of the defendant's career offender guideline range (292 to 365 months) exceeds the sentence that this Court originally imposed (240 months), he is ineligible for a sentence reduction."

ECF No. 183 at 4.

///

///

///

1

1  Not later than ten (10) days following the date this Order is electronically filed, the
2  Government is directed to a file a brief with the Court addressing this issue.
3      IT IS SO ORDERED.
4  Dated: February 12, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT