HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RODNEY BUTLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RODNEY BUTLER,<br><br>            Defendant. | No. 2:04-cr-19 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, RODNEY BUTLER, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On July 31, 2007, this Court sentenced Mr. Butler to a term of 240 months imprisonment;

3.     His total offense level was 37, his criminal history category was VI, and the resulting guideline range was 360 months to Life.  He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Butler was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Butler's total offense level has been reduced from 37 to 35, and his amended guideline range is 292 to 365 months. A reduction comparable to the one received at the initial sentencing produces a term of 194 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Butler's term of imprisonment to a total term of 194 months.

Respectfully submitted,

Dated:  May 25, 2016                              Dated:   May 25, 2016

BENJAMIN B. WAGNER                        HEATHER E. WILLIAMS
United States Attorney                            Federal Defender


 /s/ Jason Hitt                                           /s/ Hannah R. Labaree
JASON HITT                                          HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                               Attorney for Defendant
UNITED STATES OF AMERICA              RODNEY BUTLER

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Butler is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 292 to 365 months. A reduction comparable to the one received at the initial sentencing produces a term of 194 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2007 is reduced to a term of 194 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Butler shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: June 1, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE