UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RODNEY BUTLER,<br><br>            Defendant. | No.  Cr. S 2:04-cr-019-MCE<br><br>**ORDER** |

Good cause having been shown (see ECF Nos. 224, 226), the Court hereby RECOMMENDS that defendant, RODNEY BUTLER, be placed in halfway house for a period of one year, subject to security classifications and other determinations by the Bureau of Prisons.

IT IS SO ORDERED.

Dated:  July 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE