UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY BUTLER,<br><br>Defendant. | No. 2:04-cr-00019-MCE<br><br><br><br>**ORDER** |

Defendant's Motion to Dismiss Indictment (ECF No. 252) and Motion for Leave to Amend (ECF No. 253) are DENIED.

IT IS SO ORDERED.

Dated: April 14, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE