UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RODNEY BUTLER,<br><br>    Defendant. | No. 2:04-cr-00019-MCE<br><br><br>**ORDER** |

    Defendant's Motion for Early Termination of Supervised Release (ECF No. 257) is DENIED.

    IT IS SO ORDERED.

Dated:  December 30, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE