IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-CR-19-KJM |
| Plaintiff, | **ORDER TO TERMINATE DEFENDANT'S TERM OF SUPERVISED RELEASE** |
| vs. | |
| RODNEY BUTLER, | |
| Defendant. | |

Defendant Rodney Butler has moved to terminate his period of supervised release so that he can have an opportunity to launch and run his new trucking business, which would require him to travel outside the State of California on a regular basis. ECF No. 262. Mr. Butler has taken affirmative steps to launch his business, including obtaining a commercial driver's license and starting a limited liability corporation ("LLC"). *Id*. at 2-3. Given the infeasibility of supervision in this context, Mr. Butler has moved to terminate his period of supervised release early. The government has filed a statement of non-opposition, requesting this Court exercise its discretion to grant the defendant's motion. ECF No. 263 at 3.

The Court, having received and considered the defense's motion for early termination of supervised release (ECF No. 262), as well as the government's statement of non-opposition to the same (ECF No. 263), hereby ORDERS that the defendant's motion to terminate his period of supervised release is GRANTED.

IT IS SO ORDERED.

Dated: April 15, 2022

CHIEF UNITED STATES DISTRICT JUDGE

ORDER Granting Motion for Early
Termination of Supervised Release

*United States v. Butler*, 2:04-CR-19-KJM